**FILED**

05/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0170

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-23-0170

Attorney for Appellant,
Monty Clarence Petersen

Michael O'Brien
ST. PETER LAW OFFICES, P.C.
2620 Radio Way
P.O. Box 2620
Missoula, MT 59808
Telephone: (406) 728-8282
Fax: (406) 728-8141
Email: mike@stplawoffices.com

| | |
|---|---|
| Monty Clarence Petersen, | ) |
| | ) |
| Appellant. | ) |
| | ) |
| v. | ) |
| | ) |
| Jennifer J. Simon, APRN, | ) |
| | ) |
| Appellee. | ) |

## ORDER GRANTING EXTENSION OF TIME

UPON REVIEW OF *Appellant's Motion for Extension of Time*, and

good cause shown, IT IS HEREBY ORDERED that the Extension is

GRANTED. Appellant shall file his Opening Brief on or before June 26,

Page 1

2023.

DATED this ___ day of May, 2023.

_____
Supreme Court Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 25 2023